## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed:  November 04, 2021

Mr. Robert Alt  
The Buckeye Institute  
88 E. Broad Street  
Suite 1300  
Columbus, OH 43215

           Re: Case No. 21-4028, *Phillips Manufacturing & Tower, et al v. OSHA, et al*  
               Originating Case No.: OSHA-2021-0007

Dear Counsel,

  This case has been docketed as number **21-4028** with the caption that is enclosed on a separate page.  Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

  The following forms should be downloaded from the web site and filed with the Clerk's office by **November 18, 2021**.

|  |  |
|---|---|
| Petitioner: | Appearance of Counsel |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |
| Respondent: | Appearance of Counsel |

  More specific instructions are printed on each form.  These deadlines are important - if the initial forms are not timely filed and necessary fees paid, the case will be dismissed for want of

prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                Sincerely,

                s/Antoinette Macon
                Case Manager
                Direct Dial No. 513-564-7015

cc:  Mr. Edmund Baird

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 21-4028

PHILLIPS MANUFACTURING & TOWER COMPANY; SIXARP, LLC

    Petitioners

v.

OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION, U.S. DEPARTMENT OF LABOR; MARTIN J. WALSH, in his official capacity as Secretary of Labor; DOUGLAS L. PARKER, in his official capacity as Assistant Secretary of Labor for Occupational Safety and Health

    Respondents